DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIRTUAL MOUNTAIN CAPITAL, LLC, CHRISTOPHER VILLAR** and
**WILLIAM KYLE SMITHSON,**
Appellants,

v.

**KM ORGANIC FUND, INC., CAMMARATA MANAGEMENT, INC.,
MICHAEL CAMMARATA,** and **STRATEGIC CAPITAL PARTNERS
WORLDWIDE, LLC,**
Appellees.

Nos. 4D20-1743 and 20-1923

[April 29, 2021]

Consolidated appeals of nonfinal orders from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 2018CA013104 (AA).

William B. Lewis and Arletys R. Hernandez of Morgan & Morgan, P.A., West Palm Beach, for appellants.

Jeffrey R. Joyner of Venable LLP, Los Angeles, California, J. Douglas Baldridge and Theodore B. Randles of Venable LLP, Washington, D.C., and Benedict P. Kuehne of Kuehne Davis Law, P.A., Miami, for appellees Km Organic Fund, Inc. and Cammarata Management, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***